**No. 68218.**—Mahana Importing Co. and Pacific Import Co., Inc. *v.* United States, protests 63/12785 and 63/13380 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiffs was sustained.

**No. 68219.**—Toyoshima & Co., Inc. *v.* United States, protests 62/6704 and 62/6705 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of wool wearing apparel (ladies' skirts), not embroidered, the claim of the plaintiff was sustained.